# IN RE MEYER BROTHERS COFFEE & SPICE COMPANY.

## TRADEMARKS.

A mark registerable as a trademark cannot be made by combining two nonregisterable words, such as "America" and "Strength." (Fol-

lowing *Kentucky Distilleries & Warehouse Co.* v. *Old Lexington Club Distilling Co.* 31 App. D. C. 223.)

No. 538.   Patent Appeals.   Submitted November 17, 1908.   Decided December 22, 1908.

HEARING on an appeal from a decision of the Commissioner of Patents rejecting an application for the registration of a trademark.                                        *Affirmed.*

The facts are stated in the opinion.

*Mr. James A. Carr* for the appellant.

*Mr. Webster S. Ruckman* for the Commissioner of Patents.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This is an appeal from a decision of the Commissioner of Patents refusing registration to appellant, Meyer Brothers Coffee & Spice Company, of the words "America's Strength" as a trademark for coffee.   Neither of the words used in this combination would, standing alone, be registerable as a trademark for coffee.   The word "America" is clearly geographical. *Shaver* v. *Heller & M. Co.* 65 L.R.A. 878, 48 C. C. A. 48, 108 Fed. 821.   The word "strength," if used as a mark on coffee, would be descriptive of quality, and likewise prohibited by sec. 5 of the trademark act of 1905.   This court has held that a registerable mark cannot be made by combining two nonregisterable words.   *Kentucky Distilleries & Warehouse Co.* v. *Old Lexington Club Distilling Co.* 31 App. D. C. 223.

The decision of the Commissioner is affirmed, and the clerk is directed to certify these proceedings, as, by law, required.

*Affirmed.*

A petition for a rehearing was denied January 7, 1909.